UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
: Chapter 13
JOHN B. TINDALL, 3rd :
:
Debtor(s)  :  Bankruptcy No. 16-16312 JKF

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW,** this           day of                         2017, upon consideration of the Chapter 13 Standing Trustee's Motion to Dismiss and any answer filed thereto, and after a hearing it is

**ORDERED,** that counsel for debtor shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED,** that in light of the Consent Order previously entered, this case is dismissed with prejudice; debtor, **JOHN B. TINDALL, 3rd**, shall not file, individually or jointly, another bankruptcy case without prior leave of this Court.

BY THE COURT

**Date: July 20, 2017**

HONORABLE JEAN K. FITZSIMON
BANKRUPTCY JUDGE

cc:
Allan K. Marshall, Esquire
1819 JFK Boulevard, #400
Philadelphia, PA  19103

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107